DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

Intervenor-Plaintiff-Respondent, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. [60 NYS3d 914]—Motion for leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Peradotto, Carni and Lindley, JJ.